# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|   |   |
|---|---|
| KIRK AND AMY HENRY,              )<br>                                                  )<br>         Plaintiffs,                     )<br>                                                  )<br>vs.                                             )<br>                                                  )<br>FREDRICK RIZZOLO, aka         )<br>RICK RIZZOLO, *et al.*,              )<br>                                                  )<br>         Defendants.                   )<br>_____) | Case No.  2:08-cv-00635-PMP-GWF<br><br>**ORDER**<br><br>Motion for Reconsideration<br>(#359) |

       This matter is before the Court on Defendant Fredrick Rizzolo's Motion to Reconsider Order (#352) Denying Defendant's Motion (#334) for Stay on Enforcement and Execution Pending Appeal from Judgment (#286, #287) re: Posting of Bond Pending Appeal (Dkt. #359), filed April 15, 2010; Plaintiffs' Opposition to Defendant Rick Rizzolo's Motion to Reconsider Order (#352) Denying Motion to Stay Payment of Fees and Costs Awarded under FRCP 37(a) Pending Appeal (Dkt. #360), filed April 15, 2010; and Defendant Rick Rizzolo's Reply to Plaintiffs' Opposition (#360) to Defendant's Request (#359) to Reconsider Order (#352) Denying Defendant's Motion (#334) for Stay of Enforcement and Execution Pending Appeal from Judgment (#286, 287) re: Posting of Bond Pending Appeal (Dkt. #364), filed April 26, 2010.

       Defendant Fredrick Rizzolo requests that this Court reconsider its April 12, 2010 order denying Defendant's motion for stay of payment of attorney's fees pending appeal (Dkt. #352), and moves for this Court to grant a stay pending appeal upon Mr. Rizzolo's posting of a bond. (Dkt. #359).  Under Fed.R.Civ.P. 62(c), an appellant "may obtain a stay by supersedeas bond . . . after the filing of the notice of appeal."  The stay "takes effect when the court approves the bond". *Id*. Based on Defendant Rizzolo's request that the Court permit the posting of a supersedeas bond, the

Court will reconsider it's prior order and grant a stay upon Defendant's posting of a supersedeas bond in the amount of $5,000.00 with the Court. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Fredrick Rizzolo's Motion to Reconsider Order (#352) Denying Defendant's Motion (#334) for Stay on Enforcement and Execution Pending Appeal from Judgment (#286, #287) re: Posting of Bond Pending Appeal (Dkt. #359) is **granted** as follows:

1. The enforcement of the Court's order awarding attorney's fees to Plaintiffs in the amount of $5,000.00 (Dkt. #s 286, 287) shall be stayed pending appeal upon Defendant Fredrick Rizzolo's posting of a supersedeas bond in the **amount of $5,000.00** with the Court;

2. Defendant Fredrick Rizzolo will post the supersedeas bond on or before **May 26, 2010** and file proof of the posting with the Court;

3. The stay pending appeal shall dissolve upon Defendant Fredrick Rizzolo's appeal being dismissed or denied or upon the Court's order awarding sanctions being overruled.

**IT IS FURTHER ORDERED** that the Court's April 12, 2010 order (Dkt. #352) is **vacated**.

DATED this 12th day of May, 2010.

_____
GEORGE FOLEY, JR
United States Magistrate Judge