1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6

| | |
|---|---|
| 7  KIRK AND AMY HENRY, ) | |
| 8           Plaintiffs,  ) | Case No.  2:08-cv-00635-PMP-GWF |
| 9  vs.                   ) | **ORDER** |
| 10 FREDRICK RIZZOLO, aka ) | Motion for Extension (#413) |
| 11 RICK RIZZOLO, *et al.*, ) | |
| 12          Defendants.  ) | |

13       This matter is before the Court on Defendant Frederick Rizzolo a.k.a. Rick Rizzolo's
14 Second Emergency Motion to Extend the Time to Respond to the Court's Order to Supplement the
15 Record from the Hearing on June 14, 2010 (#413), filed June 28, 2010.  Pursuant to Fed.R.Civ.P.
16 6(b) and LR 6, extensions of time may be granted for good cause shown.  The Court ordered the
17 partes to supplement the record related to the Plaintiffs' pending motion for sanctions (#371) on or
18 before June 24, 2010.  (#399).  On June 24, 2010, Defendant requested an extension of this
19 deadline as the documents being produced to the Court had only recently been received by
20 Defendant.  (#405).  The Court granted Defendant an extension until June 28, 2010 to supplement
21 the record.  (#407).  Defendant now requests two additional days to file the supplement because the
22 volume of documents that need to be reviewed in order to supplement is substantial.  (#413).  The
23 Court finds good cause to extend the date for Defendant to supplement the record.  Accordingly,
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

**IT IS HEREBY ORDERED** that Defendant Frederick Rizzolo a.k.a. Rick Rizzolo's Second Emergency Motion to Extend the Time to Respond to the Court's Order to Supplement the Record (#413) is **granted**. Defendant Frederick Rizzolo shall file his supplement to the record on or before **June 30, 2010**.

DATED this 29th day of June, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**