# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRK AND AMY HENRY,

    Plaintiffs,

vs.

FREDRICK RIZZOLO,
aka RICK RIZZOLO, *et al.*,

    Defendants.

Case No.  2:08-cv-00635-PMP-GWF

**ORDER**

    This matter is before the Court on Defendants Lisa M. Rizzolo, The Lisa M. Rizzolo Separate Property Trust and the LMR Trust's Notice of Disassociation of Counsel and Request for Removal from CM/ECF Service List (#453), filed August 27, 2010.

    The law firm of Bailus Cook & Kelesis, Ltd. will continue to represent Defendants in this matter.  However, Dayvid J. Figler, Esq. is no longer associated with the law firm.  As a result, Defendants request that Mr. Figler be removed from the Court's electronic service list.  The Court finds movants have substantially established good cause for the withdrawal.  Accordingly,

    **IT IS HEREBY ORDERED** that Defendants Lisa M. Rizzolo, The Lisa M. Rizzolo Separate Property Trust and the LMR Trust's Notice of Disassociation of Counsel and Request for Removal from CM/ECF Service List (#453) is **granted**.  The Clerk of the Court shall remove Dayvid J. Figler, Esq. from the electronic service list in this action.

    DATED this 9th day of September, 2010.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**