# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIRK AND AMY HENRY,  )  <br>  ) <br> Plaintiffs,  ) <br>  ) <br> vs.  ) <br>  ) <br> FREDRICK RIZZOLO, aka  ) <br> RICK RIZZOLO, *et al.*,  ) <br>  ) <br> Defendants.  ) <br> _____ ) | Case No. 2:08-cv-00635-PMP-GWF <br><br> **ORDER** <br><br> Motions to Extend (#469-70) |

   This matter is before the Court on Defendants Lisa Rizzolo, The Lisa M. Rizzolo Separate Property Trust and the LMR Trust's Motion to Extend Time to File Dispositive Motions (#469), filed September 28, 2010; Defendants Frederick Rizzolo aka Rick Rizzolo, the Rick and Lisa Rizzolo Family Trust, the Rick J. Rizzolo Separate Property Trust, and the RJR Trust's Motion to Extend Deadline for Filing of Dispositive Motions (#470), filed September 28, 2010; Defendants Lisa Rizzolo, The Lisa M. Rizzolo Separate Property Trust and the LMR Trust's Joinder in Defendant Rick Rizzolo's Motion to Extend Time to File Dispositive Motions (#471), filed September 29, 2010; and Plaintiffs' Opposition to Defendants Rick and Lisa Rizzolo's Motions to Extend Time to File Dispositive Motions (#472), filed September 30, 2010.

   Pursuant to Fed.R.Civ.P. 6(b) and LR 6, extensions of time may be granted for good cause shown. In light of the pending motion for voluntary dismissal (#455) and motion for reconsideration (#456), the Court finds good cause to extend the deadline to file dispositive motions. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendants' Motions to Extend Time to File Dispositive Motions (#469 and 470) are **granted**. The parties shall have up to and including **October 15, 2010** to file any dispositive motions.

DATED this 1st day of October, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**