# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KIRK AND AMY HENRY,

    Plaintiffs,

vs.

FREDRICK RIZZOLO, aka RICK RIZZOLO, *et al.*,

    Defendants.

Case No. 2:08-cv-00635-PMP-GWF

**ORDER**

Motion for Extension (#491)

This matter is before the Court on Plaintiffs' Motion to Extend Pre-Trial Order Deadline (#491), filed October 28, 2010. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Pre-Trial Order Deadline (#491) is **granted**. The deadline to file a pre-trial order will be stayed and reset at the hearing on November 10, 2010.

DATED this 29th day of October, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**