Prob12B
D/NV Form
Rev. Mar. 2007

## United States District Court

for

### the District of Nevada

# REQUEST FOR WITHDRAW OF MODIFICATION REPORT
# TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER

### November 30, 2010

**Name of Offender:** __JAMES KIMSEY__

Case Number: __2:08-cv-635-PMP-GWF__

Name of Sentencing Judicial Officer: __Honorable Philip M. Pro__

Date of Original Sentence: __August 6, 2010__

Original Offense: __Contempt of Court__

Original Sentence: __3 years probation__

Date Supervision Commenced: __August 6, 2010__

Date Jurisdiction Transferred to District of Nevada: __N/A__

Name of Assigned Judicial Officer: __Philip M. Pro__

## PETITIONING THE COURT

__ To withdraw Request for Modification filed on November 24, 2010 (Docket # 504) and to remove from the official record:

## CAUSE

On November 24, 2010, our office filed a petition (Docket #504) requesting modification to conditions of probation to included restrictions on employment and no contact clause with a Helene Lester. We are respectfully requesting this document be withdrawn and removed from the record. A second report with requested modifications will be filed in lieu of document No. 504 (Request for Modification).

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: JAMES KIMSEY**

Respectfully submitted,

*[signature]*

TODD J. FREDLUND
Senior United States Probation Officer

APPROVED:/s/ mps

## THE COURT ORDERS:

_XX_ Withdraw petition to modify conditions and remove document # 504 from the record

_____ No Action

_____ Other

*[signature]*

Signature of Judicial Officer

December 3, 2010.

Date