# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRK and AMY HENRY, | 2:08-CV-00635-PMP-GWF |
| Plaintiffs, | |
| vs. | |
| FREDRICK RIZZOLO aka RICK RIZZOLO, an individual, LISA RIZZOLO, an individual, THE RICK AND LISA RIZZOLO FAMILY TRUST, | **ORDER** |
| Defendants. | |

The Court having read and considered the Motion of Defendant James Kimsey to Stay Sentence of Probation Pending Appeal (Doc. #510), and the Government's Response thereto (Doc. #512), and good cause appearing,

**IT IS ORDERED that** Defendant James Kimsey's Motion to Stay for Sentence of Probation Pending Appeal (Doc. #510) is **DENIED**.

DATED: April 12, 2011.

PHILIP M. PRO
United States District Judge