# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

KIRK and AMY HENRY,

    Plaintiffs,

vs.

FREDRICK RIZZOLO aka RICK RIZZOLO, an individual, LISA RIZZOLO, an individual, THE RICK AND LISA RIZZOLO FAMILY TRUST,

    Defendants.

2:08-CV-00635-PMP-GWF

**ORDER**

    Having read and considered the Ex Parte Motion for Extension of Time to File an Opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint and Reopen Discovery and Motion for Injunctive Relief Against Disposition or Transfer of Assets (Doc. #521), Defendant Fredrick Rizzolo's Joinder (Doc. #523) thereto, and Plaintiffs' Opposition to Defendant Lisa Rizzolo's Ex Parte Motion for Extension of Time (Doc. #522),

    **IT IS ORDERED that** the Ex Parte Motion for Extension of Time to File an Opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint and Reopen Discovery and Motion for Injunctive Relief Against Disposition or Transfer

of Assets (Doc. #521) and Defendant Fredrick Rizzolo's Joinder (Doc. #523) are hereby DENIED.  The responses to Plaintiffs' motions shall be due on the originally scheduled date of June 23, 2011.

DATED: June 14, 2011

_____
PHILIP M. PRO
United States District Judge