AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Kirk and Amy Henry

Plaintiffs,

V.

Fredrick Rizzolo et al

Defendants.

ATTORNEY FEES

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-CV-0635 PMP-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Order that Defendant Kimtran Rizzolo is to pay Plaintiffs the total sum of $6,250.00. Defendant is further ordered to make full payment to Plaintiffs by Thursday, May 24, 2012.

April 27, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk