**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KIRK and AMY HENRY,<br><br>             Plaintiffs,<br><br>vs.<br><br>FREDRICK RIZZOLO aka<br>RICK RIZZOLO, an individual,<br>LISA RIZZOLO, an individual,<br>THE RICK AND LISA RIZZOLO<br>FAMILY TRUST,<br><br>             Defendants. | 2:08-CV-00635-PMP-GWF<br><br>**ORDER** |

IT IS ORDERED that the Motion for Stay Pending Petition for Writ of Mandamus (Doc. #598) is hereby DENIED.

IT IS FURTHER ORDERED that a pre-trial conference is set for Monday, September 10, 2012, at 3:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED:  June 4, 2012

_____
PHILIP M. PRO
United States District Judge