# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIRK AND AMY HENRY, | |
| Plaintiffs, | Case No. 2:08-cv-00635-PMP-GWF |
| vs. | **ORDER** |
| FREDRICK RIZZOLO, aka RICK RIZZOLO, *et al.*, | |
| Defendants. | |

On June 4, 2012, the Court conducted a hearing regarding the filing of a joint pretrial order. At the time of the hearing, Plaintiffs orally argued that Defendants Lisa Rizzolo, the Lisa Rizzolo Separate Property Trust, and the LMR Trust have failed to supplement their discovery responses as ordered by the Court. On July 28, 2011, the Court ordered Defendants Lisa Rizzolo, the Lisa Rizzolo Separate Property Trust, and the LMR Trust's to provide all bank or other statements regarding assets in the Cook Islands trust account and further supplement those records as needed, on the first of every month. (*See* #538.) At the hearing, Plaintiffs claim that Defendants initially provided the bank statements, but have failed to supplement those statements each month. Plaintiffs state that they have not received any bank statements for the account since December 2011. Defendants argue however that they do not receive monthly account statements from the Cook Islands bank and therefore, are not required to disclose bank statements on a monthly basis.

After considering arguments raised by the parties and reviewing the Court's Order (#538), the Court orders Defendants Lisa Rizzolo, the Lisa Rizzolo Separate Property Trust, and the LMR Trust to obtain and provide to Plaintiffs a current statement regarding the assets in the Cook Islands. Defendants shall provide statements showing any and all deposits into or

withdrawals from any account in the Cook Islands since December 1, 2011. Defendants shall further continue to obtain and provide Plaintiffs with monthly account statements showing any future deposits into or withdrawals from the Cook Islands trust account until further order of the Court.

**IT IS SO ORDERED.**

DATED this 4th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge