VAPP

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KIRK and AMY HENRY<br><br>        Plaintiffs,<br><br>v.<br><br>FREDERICK RIZZOLO aka RICK RIZZOLO, an individual; LISA RIZZOLO, individually and as trustee of The Lisa M. Rizzolo Separate Property Trust and as successor trustee of The Rick J. Rizzolo Separate Property Trust; THE RICK AND LISA RIZZOLO FAMILY TRUST; THE RICK J. RIZZOLO SEPARATE PROPERTY TRUST; THE LISA M. RIZZOLO SEPARATE PROPERTY TRUST; THE RLR TRUST; and THE LMR TRUST; KIMTRAN RIZZOLO, an individual,<br><br>        Defendants. | Case No. 2:08-cv-635-PMP-(GWF)<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

_____Eliott R. Good_____, Petitioner, respectfully represents to the Court:

1. Petitioner is an attorney at law and a member of the law firm of Chorpenning, Good & Pandora Co., LPA with offices at ___605 South Front Street, Suite 210___
                                                Street Address

| Columbus | Franklin | OH | 43215 |
|---|---|---|---|
| City | County | State | Zip Code |

614/469-1301 , ergood@chorgood.com
             (email address)

2. Petitioner has been retained personally or as a member of the above named law firm by Transamerica Life Insurance Company to provide legal representation in connection with the above-entitled matter now pending before the above referenced court.

3. That since November of 1981, petitioner has been, and presently is, a member of good standing of the bar of the highest court of the State of Ohio where petitioner regularly practices

law. Petitioner shall attach a certificate from the state bar or from the clerk of the Supreme Court or highest admitting court of each state, territory, or insular possession of the United Sates in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. The Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and/or courts of other states on the dates indicated for each, and is presently a member in good standing of the bars of said Courts:

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| USDC, SD of OH | 1/86 | 0025635 |
| USDC, ND of OH | 11/81 | |
| 6th US Circuit Court of Appeals | 7/91 | |
| Supreme Court of OH | 10/90 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described below: N/A

6. The Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission): N/A

7. That Petitioner is a member of good standing in the following Bar Associations:  Ohio State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Eliott R. Good

STATE OF __OHIO__ )
COUNTY OF __Franklin__ )

___Eliott R. Good_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Eliott R Good

Subscribed and sworn to before me this

__19th__ day of __July__, 2012.

__V. R S__

Wm. R. SHIREY, Attorney-at-Law
Notary Public - State of Ohio
My commission has no expiration
date.  Sec. 147.03 R. S.

Notary Public of Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate <u>Leonard H. Stone</u>, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

| 710 South 4th Street | , | Las Vegas, Nevada | , | Clark | , |
|---|---|---|---|---|---|
| Street Address | | City | | County | |

| 89101 | , | ( 702 ) 385-2220 | , | lstone@shookandstone.com |
|---|---|---|---|---|
| Zip Code | | Phone Number | | Email |

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Leonard H. Stone as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada Counsel in this case.

_Brett John_
Designated Resident Nevada Counsel's signature

| 12230 | bjohnson@shookandstone.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this 23rd day of July, 2012.

_Philip M. Pro_
UNITED STATES DISTRICT JUDGE

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Eliott Richard Good

was admitted to the practice of law in Ohio on November 06, 1981; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 28th day of June, 2012.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Teresa L. McCoy*
*Attorney Services Specialist*