**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

KIRK and AMY HENRY,                          )
                                             )     2:08-CV-00635-PMP-GWF
                                             )
                                             )     **ORDER**
                    Plaintiffs,              )
                                             )
vs.                                          )
                                             )
FREDRICK RIZZOLO aka                         )
RICK RIZZOLO, an individual,                 )
LISA RIZZOLO, an individual,                 )
THE RICK AND LISA RIZZOLO                     )
FAMILY TRUST,                                )
                                             )
                                             )
                    Defendants.              )
_____    )

IT IS ORDERED that a hearing on Plaintiffs' Renewed Motion for Injunctive Relief Against the Dissipation or Transfer of Assets (Doc. #635) is set for Wednesday, October 10, 2012, at 10:30 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED:  September 19, 2012

_____
PHILIP M. PRO
United States District Judge