**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KIRK and AMY HENRY, | 2:08-CV-00635-PMP-GWF |
| Plaintiffs, | **ORDER** |
| vs. | |
| FREDRICK RIZZOLO aka RICK RIZZOLO, an individual, LISA RIZZOLO, an individual, THE RICK AND LISA RIZZOLO FAMILY TRUST, | |
| Defendants. | |

IT IS ORDERED that a hearing on Plaintiffs' Renewed Motion for Injunctive Relief Against the Dissipation or Transfer of Assets (Doc. #635) is set for Wednesday, October 10, 2012, at 10:30 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: September 19, 2012

_____
PHILIP M. PRO
United States District Judge