# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRK and AMY HENRY, | 2:08-CV-00635-PMP-GWF |
| Plaintiffs, | **ORDER** |
| vs. | |
| FREDRICK RIZZOLO aka RICK RIZZOLO, an individual, LISA RIZZOLO, an individual, THE RICK AND LISA RIZZOLO FAMILY TRUST, | |
| Defendants. | |

     Before the Court is Plaintiffs Kirk Henry and Amy Henry's Renewed Motion for Injunctive Relief Against the Dissipation or Transfer of Assets (Doc. #635), filed on September 18, 2012. Defendant Lisa Rizzolo filed an Opposition (Doc. #649) on October 5, 2012. Plaintiffs filed a Reply (Doc. #652) on October 9, 2012. The Court held a hearing on this Motion on October 10, 2012.

     Based on the briefs, the parties' arguments, and the entire record in this case, the Court concludes Plaintiffs have established that they are likely to succeed on the merits, they are likely to suffer irreparable harm in the absence of preliminary injunctive relief, the balance of equities tips in their favor, and injunctive relief is in

the public interest.  <u>Winter v. Natural Resources Defense Council</u>, 555 U.S. 7, 20 (2008).  The Court, in its discretion, therefore will grant Plaintiffs' Motion for injunctive relief.  The Court hereby enjoins Defendants Lisa Rizzolo, the LMR Trust, and the Lisa M. Rizzolo Separate Property Trust from taking any action, either directly or indirectly, from withdrawing, assigning, dissipating, encumbering, or otherwise disposing of any of the funds in the identified Cook Islands account.  However, Defendants may petition the Court for the release of funds from the Cook Islands account for Lisa Rizzolo's living expenses and attorney's fees.  The Court finds no bond is necessary, as the Court is not ordering the funds be turned over to any third party.

IT IS THEREFORE ORDERED that Plaintiffs Kirk Henry and Amy Henry's Renewed Motion for Injunctive Relief Against the Dissipation or Transfer of Assets (Doc. #635) is hereby GRANTED.

IT IS FURTHER ORDERED that Defendants Lisa Rizzolo, the LMR Trust, and the Lisa M. Rizzolo Separate Property Trust are hereby enjoined from taking any action, either directly or indirectly, from withdrawing, assigning, dissipating, encumbering, or otherwise disposing of any of the funds in the identified Cook Islands account.

IT IS FURTHER ORDERED that Defendants may petition the Court for the release of funds from the Cook Islands Account for Lisa Rizzolo's living expenses and attorney's fees.

DATED: October 10, 2012

_____
PHILIP M. PRO
United States District Judge