**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KIRK and AMY HENRY, | 2:08-CV-00635-PMP-GWF |
| Plaintiffs, | **<u>ORDER</u>** |
| vs. | |
| FREDRICK RIZZOLO aka RICK RIZZOLO, an individual, LISA RIZZOLO, an individual, THE RICK AND LISA RIZZOLO FAMILY TRUST, | |
| Defendants. | |

In accord with the Court's ruling in open court on October 10, 2012,

IT IS ORDERED that Defendant Kimtran Rizzolo shall not attempt to withdraw, or withdraw, funds from her accounts at Transamerica Life Insurance Company, Policy or Annuity Contract No. 121185LB8; Metropolitan Life Insurance Company ("Metlife"), Policy or Contract No. 320340767; and/or City National Securities, Account Nos. SM40012M, 361974026, and/or 361974034.

DATED: October 12, 2012

_____
PHILIP M. PRO
United States District Judge