UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KIRK and AMY HENRY,

    Plaintiff(s),

        vs                      Case # 2:08-CV-635-PMP-GWF

FREDRICK RIZZOLO , et al.,

    Defendant(s).          ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

        This case is currently stacked on the calendar on **Tuesday, March 26, 2013,** for a Jury Trial.

        **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George Foley, Jr.**, for a settlement conference.

        DATED this 15th day of October, 2012.

*(signature)*

PHILIP M. PRO, U.S. DISTRICT JUDGE