UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIRK and AMY HENRY, ) | |
|       Plaintiff(s), ) | |
|       vs ) | Case # 2:08-CV-635-PMP-GWF |
| FREDRICK RIZZOLO , et al., ) | ORDER REFERRING CASE FOR |
|       Defendant(s). ) | SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, March 26, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George Foley, Jr.**, for a settlement conference.

DATED this 15th day of October, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE