CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
PHILIP R. ERWIN, ESQ. (11563)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
            and
HUNTERTON & ASSOCIATES
C. STANLEY HUNTERTON, ESQ. (1891)
333 S. Sixth Street
Las Vegas, Nevada  89101
Telephone: (702) 388-0098
Facsimile:  (702) 388-0361

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRK and AMY HENRY,<br><br>   Plaintiffs,<br><br>vs.<br><br>FREDRICK RIZZOLO aka RICK RIZZOLO, an individual; LISA RIZZOLO, individually and as trustee of The Lisa M. Rizzolo Separate Property Trust and as successor trustee of The Rick J. Rizzolo Separate Property Trust; THE RICK AND LISA RIZZOLO FAMILY TRUST; THE RICK J. RIZZOLO SEPARATE PROPERTY TRUST; THE LISA M. RIZZOLO SEPARATE PROPERTY TRUST; THE RLR TRUST; THE LMR TRUST, and KIMTRAN RIZZOLO, an individual.<br><br>   Defendants. | Case No. 2:08-CV-635-PMP-GWF<br><br>**JUDGMENT AGAINST GARNISHEE DEFENDANT PRUDENTIAL LIFE INSURANCE COMPANY FOR THE USE OF PLAINTIFFS KIRK AND AMY HENRY PURSUANT TO N.R.S. § 31.300(2)** |

1

## JUDGMENT

IT IS HEREBY ORDERED that Plaintiffs' Application for Judgment against Garnishee Defendant Prudential Life Insurance Company is GRANTED.

IT IS THEREFORE ORDERED that judgment is hereby entered on October 18, 2012 in the amount of $224,643.52 in favor of Defendant Kimtran Rizzolo for the use of Plaintiffs Kirk and Amy Henry against Garnishee Defendant Prudential Life Insurance Company pursuant to NRS § 31.300(2).

IT IS SO ORDERED AND ADJUDGED.

DATED this _18th day of October, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

CAMPBELL & WILLIAMS

By /s/ Philip R. Erwin
   DONALD J. CAMPBELL, ESQ. (1216)
   PHILIP R. ERWIN, ESQ. (11563)
   700 South Seventh Street
   Las Vegas, Nevada 89101

*Attorneys for Plaintiff Kirk Henry*