**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KIRK and AMY HENRY, | ) |
| | ) 2:08-CV-00635-PMP-GWF |
| | ) |
| | ) **ORDER** |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDRICK RIZZOLO aka | ) |
| RICK RIZZOLO, an individual, | ) |
| LISA RIZZOLO, an individual, | ) |
| THE RICK AND LISA RIZZOLO | ) |
| FAMILY TRUST, | ) |
| | ) |
| Defendants. | ) |

Having read and considered Defendant Lisa Rizzolo's Petition for Living Expenses and Attorney's Fees (Doc. #677), the requested attorney's fees in the amount of $18,770.02 are approved. Additionally, the following living expenses are approved:

| | |
|---|---|
| 8632 Canyon View Drive: | $636.60 |
| 1104 Ocean Front Way: | $8,572.46 |
| Groceries: | $1,600.00 |
| Telephone: | $138.07 |
| Transportation: | $1,907.00 |

| | | |
|---|---|---|
| 1 | Clothing/dry cleaning: | $400.00 |
| 2 | Pet care: | $202.99 |
| 3 | Medical bills: | $525.00 |
| 4 | Personal care: | $100.00 |
| 5 | Credit Cards: | $1,977.51 |
| 6 | Financial Fees: | $210.00 |
| 7 | Entertainment: | $150.00 |

The Court will require documentary evidence to support the following claimed expenses:

| | | |
|---|---|---|
| 10 | Nevada Power Bill: | $1,018.49 |
| 11 | Veterinary Care: | $375.00 |

The Court will deny the requested expenses for two housekeepers and dog grooming, and will reduce the requests for expenses in the categories of normal wear and tear of vehicles, clothing, personal care, and entertainment.

IT IS THEREFORE ORDERED that Defendant Lisa Rizzolo may withdraw a total of $18,770.02 from her Cook Islands account to pay for attorney's fees.

IT IS FURTHER ORDERED that Defendant Lisa Rizzolo may withdraw an additional $16,419.63 from her Cook Islands account for personal living expenses.

IT IS FURTHER ORDERED that Defendant Lisa Rizzolo shall provide an affidavit attesting to the accuracy of the requested expenses within ten (10) days of the date of this Order.

IT IS FURTHER ORDERED that Defendant Lisa Rizzolo shall provide documentation to support any further requests for necessary living expenses or attorney's fees.

IT IS FURTHER ORDERED that Defendant Lisa Rizzolo shall provide an affidavit as to the accuracy of any future requested expenses.

DATED:  October 29, 2012

_____
PHILIP M. PRO
United States District Judge