**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KIRK and AMY HENRY, | 2:08-CV-00635-PMP-GWF |
| Plaintiffs, | **ORDER** |
| vs. | |
| FREDRICK RIZZOLO aka RICK RIZZOLO, an individual, LISA RIZZOLO, an individual, THE RICK AND LISA RIZZOLO FAMILY TRUST, | |
| Defendants. | |

Currently before the Court is Plaintiffs' Application for Judgment against Garnishee Defendant Transamerica Life Insurance Company (Doc. #681), filed on October 26, 2012. Garnishee Defendant Transamerica Life Insurance Company filed an Opposition (Doc. #689) on November 7, 2012. Plaintiffs filed a Reply (Doc. #691) on November 19, 2012. Having read and considered the foregoing, the Court finds that Plaintiffs' Application for Judgment against Garnishee Defendant Transamerica Life Insurance Company (Doc. #681) should be granted.

///

///

1    IT IS THEREFORE ORDERED that Plaintiffs' Application for Judgment against Garnishee Defendant Transamerica Life Insurance Company (Doc. #681) is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall enter Judgment in the amount of $190,644.19 in favor of Defendant Kimtran Rizzolo for the use of Plaintiffs Kirk Henry and Amy Henry against Garnishee Defendant Transamerica Life Insurance Company pursuant to Nevada Revised Statutes § 31.300(2).

DATED: December 4, 2012

_____
PHILIP M. PRO
United States District Judge