UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK AND AMY HENRY, ) | |
|     Plaintiffs, ) | Case No. 2:08-cv-00635-PMP-GWF |
| vs. ) | **ORDER** |
| FREDRICK RIZZOLO, aka RICK RIZZOLO, *et al.*,) | Motion to Withdraw (#693) |
|     Defendants. ) | |

    This matter comes before the Court on Kenneth Frizzell, Esq.'s ("Frizzell") Motion to Withdraw (#693) as counsel for Defendant Frederick Rizzolo ("Rizzolo"). The time to file oppositions has expired, and to date no opposition has been filed. Frizzell represents that Rizzolo has requested him to withdraw from the case. Rizzolo will continue to be represented by other attorneys of record. The Court therefore finds that Frizzell establishes good cause to withdraw. Accordingly,

    **IT IS HEREBY ORDERED** that Kenneth G. Frizzell, Esq.'s Motion to Withdraw (#693) is **granted.**

    DATED this 19th day of December, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge