# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIRK AND AMY HENRY, ) | |
| Plaintiffs, ) | Case No. 2:08-cv-00635-PMP-GWF |
| vs. ) | **ORDER** |
| FREDRICK RIZZOLO, aka RICK RIZZOLO, *et al.*,) | Motion to Disqualify (#717) |
| Defendants. ) | |

    This matter comes before the Court on Defendant Lisa Rizzolo's ("Defendant") Renewed Motion to Disqualify Donald Campbell and Stanley Hunterton as Plaintiffs' Counsel (#717), filed on January 4, 2013.

    Defendant previously moved to dismiss Campbell and Hunterton as Plaintiffs' Counsel on September 15, 2009. *See Doc. #194*. The Court denied the Motion (#194) without prejudice at a hearing on November 9, 2009. *See Doc. #237*. Defendant Rick Rizzolo ("Rizzolo") filed a motion to disqualify Campbell and Hunterton as Plaintiffs' Counsel on November 29, 2012. *See Doc. #692*. Defendant initially filed a Joinder (#698) to Rizzolo's Motion to Disqualify (#692). Defendant represents that upon review of Plaintiffs' Opposition (#694) to Rizzolo's Motion (#692), she opted to file this separate Motion to Disqualify. The Court denied Rizzolo's Motion (#692) at a hearing on January 7, 2013. *See Doc. #719*. For the reasons stated on the record at the November 9, 2009 (#237) and January 7, 2013 (#719) hearings, the Court finds Defendant does not establish cause to disqualify Donald Campbell and Stanley Hunterton as Plaintiff's trial counsel. Accordingly,

...

**IT IS HEREBY ORDERED** that Defendant Lisa Rizzolo's Renewed Motion to Disqualify Donald J. Campbell and C. Stanley Hunterton as Counsel for Plaintiffs (#717) is **denied**.

DATED this 11th day of January, 2013.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge