# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRK AND AMY HENRY, | |
| Plaintiffs, | Case No. 2:08-cv-00635-PMP-GWF |
| vs. | **ORDER** |
| FREDRICK RIZZOLO, aka RICK RIZZOLO, *et al.*, | Motion for Exception to Settlement Conference (#722) |
| Defendants. | |

This matter comes before the Court on Plaintiffs Kirk and Amy Henry's ("Plaintiffs") Request for Exception to the Settlement Conference Attendance Requirements (#722), filed on January 11, 2013. Plaintiff Kirk Henry represents that his disability renders his attendance at the Settlement Conference scheduled for January 25, 2013 unduly burdensome. The Court finds Plaintiffs establish good cause to except Kirk Henry from the physical attendance requirements. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Request for Exception to the Settlement Conference Attendance Requirements (#722) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Kirk Henry be available telephonically for the Settlement Conference.

DATED this 18th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge