UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRK and AMY HENRY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FREDRICK RIZZOLO aka<br>RICK RIZZOLO, an individual,<br>LISA RIZZOLO, an individually and as<br>trustee of The Lisa M. Rizzolo Separate<br>Property Trust and as successor trustee<br>of The Rick J. Rizzolo Separate Property<br>Trust; THE RICK AND LISA RIZZOLO<br>FAMILY TRUST; THE RICK J.<br>RIZZOLO SEPARATE PROPERTY<br>TRUST; THE LISA M. RIZZOLO<br>SEPARATE PROPERTY TRUST;<br>THE RLR TRUST; and THE LMR<br>TRUST; KIMTRAN RIZZOLO,<br>an individual,<br><br>　　　　　Defendants. | 2:08-CV-00635-PMP-GWF<br>**<u>ORDER</u>** |

　　　　Before the Court for consideration is Garnishee Defendant Transamerica Life Insurance Company's Objections to Magistrate Judge's February 20, 2013 Order Granting Plaintiffs' Motion for Attorneys' Fees (Doc. #743).

　　　　By these objections, Garnishee Defendant Transamerica seeks reconsideration of the Order (Doc. #742) entered February 20, 2013 by the Honorable George Foley, Jr., United States Magistrate Judge, granting Plaintiff's Motion for Attorneys' Fees Against

///

Garnishee Defendant Transamerica Life Insurance Company (Doc. #703) in the amount of $25,675.50.

Having read and considered Garnishee Defendant Transamerica's Objections, and Plaintiff's Response thereto (Doc. #745), and good cause appearing,

**IT IS ORDERED** that Garnishee Defendant Transamerica Life Insurance Company's Objections to Magistrate Judge's February 20, 2013 Order Granting Plaintiffs' Motion for Attorneys' Fees (Doc. #743) are overruled and the Order (Doc. #742) of the Magistrate Judge entered February 20, 2013 is hereby AFFIRMED.

DATED: March 25, 2013.

_____
PHILIP M. PRO
United States District Judge