CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
PHILIP R. ERWIN, ESQ. (11563)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
    and
HUNTERTON & ASSOCIATES
C. STANLEY HUNTERTON, ESQ. (1891)
333 S. Sixth Street
Las Vegas, Nevada  89101
Telephone: (702) 388-0098
Facsimile:  (702) 388-0361

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK and AMY HENRY,<br><br>   Plaintiffs,<br><br>vs.<br><br>FREDRICK RIZZOLO aka RICK RIZZOLO, an individual; LISA RIZZOLO, individually and as trustee of The Lisa M. Rizzolo Separate Property Trust and as successor trustee of The Rick J. Rizzolo Separate Property Trust; THE RICK AND LISA RIZZOLO FAMILY TRUST; THE RICK J. RIZZOLO SEPARATE PROPERTY TRUST; THE LISA M. RIZZOLO SEPARATE PROPERTY TRUST; THE RLR TRUST; THE LMR TRUST, and KIMTRAN RIZZOLO, an individual.<br><br>   Defendants. | Case No. 2:08-CV-635-PMP-GWF<br><br>[PROPOSED] JUDGMENT AGAINST GARNISHEE DEFENDANT METLIFE INVESTORS USA INSURANCE COMPANY FOR THE USE OF PLAINTIFFS KIRK AND AMY HENRY PURSUANT TO <u>N.R.S. § 31.300(2)</u> |



1

## JUDGMENT

IT IS HEREBY ORDERED that Plaintiffs' Application for Judgment against Garnishee Defendant Metlife Investors USA Insurance Company is GRANTED.

IT IS THEREFORE ORDERED that judgment is hereby entered on May 16, 2013 in the amount of $109,736.88 in favor of Defendant Kimtran Rizzolo for the use of Plaintiffs Kirk and Amy Henry against Garnishee Defendant Metlife Investors USA Insurance Company pursuant to NRS § 31.300(2).

IT IS SO ORDERED AND ADJUDGED.

DATED this 16th day of May, 2013.

_____
PHILIP M. PRO
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

CAMPBELL & WILLIAMS

By /s/ Philip R. Erwin
DONALD J. CAMPBELL, ESQ. (1216)
PHILIP R. ERWIN, ESQ. (11563)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Kirk Henry*



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540