# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

KIRK and AMY HENRY,

                     Plaintiffs,

vs.

FREDRICK RIZZOLO aka
RICK RIZZOLO, an individual,
LISA RIZZOLO, an individual,
THE RICK AND LISA RIZZOLO
FAMILY TRUST,

                     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:08-CV-00635-PMP-GWF

**ORDER**

       IT IS ORDERED that a hearing to show cause why this action should not either be dismissed or set immediately for trial is set for Thursday, July 25, 2013, at 1:30 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED:  July 12, 2013

                                   _____

                                   PHILIP M. PRO
                                   United States District Judge